

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-75,840

### EX PARTE ANTHONY DEMEL WILLIAMS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 991643 IN THE 351ST DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of murder and sentenced to sixty years' imprisonment. The First Court of Appeals affirmed his conviction. *Williams v. State*, No. 01-05-00412-CR (Tex. App.–Houston [1st Dist.] delivered Aug. 31, 2006, pet. dism'd, untimely filed).

Applicant contends that appellate counsel rendered ineffective assistance because she failed to timely file his petition for discretionary review. Appellate counsel filed an affidavit with the trial

court. Based on that affidavit, the trial court has entered findings of fact and conclusions of law that appellate counsel failed to timely file Applicant's petition for discretionary review. We find that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the First Court of Appeals in Cause No. 01-05-00412-CR that affirmed his conviction in Case No. 991643 from the 351st Judicial District Court of Harris County. Applicant shall file his petition for discretionary review with the First Court of Appeals within 30 days of the date on which this Court's mandate issues.

Delivered: February 13, 2008
Do not publish